*In re* **SALZMAN**, Robert M. (MR 19950)
Hammond, IN

Order of the Court:

The petition by respondent Robert M. Salzman for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for nine months, as recommended by the Review Board. Suspension effective April 8, 2005.

Respondent Robert M. Salzman shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.